## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAQUANN WAUGH                              :
                                           :          **CIVIL ACTION**
            v.                             :          **No. 25-2376**
                                           :
**OFFICER JOSEPH RYAN**, *et al.*          :

### ORDER

This 30th day of June, 2025, upon consideration of Plaintiff Jaquann Waugh's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *Pro Se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. All further proceedings in this matter are **STAYED** until Waugh informs this Court that his related criminal proceeding has been resolved in accordance with paragraph three (3) of this Order.  The Clerk of Court is **DIRECTED** to place a **STAY** flag on the docket of this case.

3. If he seeks to pursue his claims, Waugh must notify this Court **within thirty (30) days of the resolution of his related criminal case,** *Commonwealth v. Waugh*, CP-51-CR-0003595-2025 (C.P. Philadelphia), that (a) the proceeding has been resolved; (b) how the proceeding resolved; and (c) whether he still intends to pursue the claims in the instant case.  Failure to comply with this Order may result in dismissal of this case.

4. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

5. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

2

　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　United States District Judge